RECEIVED
JAN 27 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Bettyann Jones
21 Memphis Court
Sicklerville NJ 08081
856 408 9324

Honorable Judge Robert B Kugler
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden NJ 08101

Mark S. Pincus
Pincus Law LLC
444 Madison Avenue 4th Floor
New York, New York 10022

Re: Case No 1:21-CV-20163
Case Name Jones vs. Zuckerberg and Edwards

Dear Sirs and Madam:

I, Bettyann Jones, am writing to you in regards to the case listed above. As I was reviewing the brief Mr. Pincus submitted I needed to clarify the fact Mr. Edwards was the one

who I had the conversations with and in conjuction to this matter) Mr. Zuckerberg was needed to reach Mr. Edwards. Because when I asked for Mr. Edwards address he would not comply therefore I thought to contact Mark Zuckerberg since he is in partnership with him. Tiege Brooks as I mentioned in my complaint won $100,000.00 and presented to me via snap shot his bank account with his prize deposited. Mr. Brooks stated he received his money in 24 hours not to mention he saw my name on the list the truck carrier had therefore notifying me to claim my prize.

After several attempts to receive what Suge Brooks and I had paid for I still have not received the $100,000.00 but I did receive a fake check for 32,500.00. Suge Brooks sent another 300.00 and needed me to send $100.00 more because of the uncertainty of receiving the money cash I decided to bring the matter to court.

I have spoken with Mr. Edwards and he asked me to let go of the prize because Tyler Perry, Albert Morgan and other associates did not want me to have the prize. Suge Brooks had spoke with Albert Morgan to get help and when Albert Morgan

asked who Juge needed help for albert Morgan made matters worse.

In closing in the past I have had court cases where my contract was broken and won in court therefore I ask Honorable Judge Robert B. Kugler to grant me the $100,000.00, $250.00, and anything else I am allowed to have.

I understand the penalties of purgery.

Yours Truly,
Bettyann Jones
Pro Se

Bettyann Jones
21 Memphis Court
[illegible] NJ 08081

U.S. POSTAGE PAID
FCM LETTER
RICHWOOD, NJ
08074
JAN 21, 22
AMOUNT
$3.75
R2305H128578-1

CERTIFIED MAIL
7016 2710 0000 1357 7791

Honorable Judge Robert B Kugler
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden NJ 08101

RECEIVED JAN 25