Bettyann B. Jones
21 Memphis Court
Sicklerville, NJ 08081
856 408 9324

RECEIVED

JAN 31 2022

AT 8:30____M
WILLIAM T. WALSH
CLERK

Honorable Judge Robert B Kugler
U.S. District Judge
Mitchell H. Cohen Building and U. S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden NJ 08101

Mark Pincus
Pincus Law LLC
444 Madison Avenue
New York, NY 10022

RE: Case No 1:21-CV-20163
Case name Jones v Zuckerberg and Edwards

Dear Sirs and Madam:

I, Bettyann Jones, am writing to you in regards to the case listed above.

As I was reviewing the brief Mr Pincus submitted I needed to clarify the fact Mr. Edwards was the one who I had the conversations with via texting and in conjunction to this matter Mr Zuckerberg was needed to reach Mr Edwards because when I asked for Mr Edwards address he would not comply with my request; therefore I had no other choice but to contact Mr Zuckerberg since he is in partnership with him.

Tiege Brooks as I mentioned in my complaint won $100,000.00 and presented it to me via a snapshot of his bank account with his prize deposited. Mr Brooks stated he received his money in 24 hours not to mention he saw my name on the list the truck carrier had therefore notifying me to claim my prize.

After several attempts to receive what Tiege Brooks and I had paid for I still have not received the $100,000.00 but I did receive a fake check for $32,500.00. Tiege Brooks sent another $300.00 and needed me to send $100.00 more because of the uncertainty of receiving the money cash I decided to bring the matter to court.

I have spoken with Mr Edwards and he asked me to let go of the prize because Tyler Perry, Albert Morgan and other associates did not want me to have the prize; Tiege Brooks had spoke with Albert Morgan to get help and when Albert Morgan found out it was me who he needed help for matters became worse.

In closing,

I am asking for Honorable Judge Robert B Kugler to grant me the $100,000.00, $250.00, and anything else I am allowed to have.

I understand the penalties of perjury and the statement above is true to the best of my knowledge.

Bettyann Jones

Pro Se

Buttyann Jon
21 Memphis
Sicklerville

7021 0350 0001 3743 6257

UNITED STATES POSTAL SERVICE

1000

08102

U.S. POSTAGE PAID
FCM LETTER
WILLINGBORO, NJ
08046
JAN 26, 22
AMOUNT
$3.75
R2304N118004-08

RECEIVED
JAN 31 2022
AT 8:30 M
WILLIAM T. WALSH
CLERK

Honorable Judge Robert B. Kugler
US District Judge
Mitchell H. Cohen Building and US Courthouse
4th and Cooper Streets
Courtroom 4D
Camden NJ 08102

7021 0350 0001 3743 6257

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE