February 11, 2022

Bettyann Jones
21 Memphis Court
Sicklerville, NJ 08081

**R E C E I V E D**

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden, NJ 08101

**FEB 1 7 2022**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: Jones v Zuckerberg and Edwards

Dear Sirs and Madam:

I am submitting more conversations I have had with Kevin Edwards, Tiege Brooks, and
Facebook drawing staff.

As you read the information you will find that the same people who awarded Tiege

Brooks his prize and had it delivered within 24 hours are the same people who awarded

me and never compensated me after Tiege and I paid $600.00 for the money to be sent

check and then Tiege sent another $300.00 to the same people to try to get the money

delivered cash as his was received.

Tiege asked me to pay him his money back once the prize was delivered and we are both

awaiting for the prize to be now awarded by the courts so he can be compensated.

In closing, we are requesting to be granted the prize of $100,000.00 and the $250.00

fee as well as anything else we can be awarded for them not honoring the contract.

Yours truly,

*Bettyann Jones*

Bettyann Jones
Pro Se



# Prize



1 609-365-0791

Mobile
## 1 609-365-0791



**History**

11:15   43%

< **Prize**
+16093650791

Wednesday, August 25, 2021

**Good morning I am ready to recieve my prize.**

12:08 PM

 **My name is Kevin Edwards, I am online claim agent and work for The National World Help Empowerment Program Company.**

**In collaboration with the governing body of FACEBOOK,** selecting billions

> Enter message

      

## Prize
+16093650791

In collaboration with the  governing body of FACEBOOK, selecting billions of people that uses Facebook. We remember your Facebook name account on our list here and We select Twenty(20) people every Month as our winners through electronic balloting System without the

Enter message

11:15

**Prize**
+16093650791

System without the winners  applying.

12:14 PM

By The Facebook Owner (Mr. Mark Zuckerberg) the CEO of Face book Founder &Chief Executive Officer, and your profile has won you the sum of $100,000,00. So are you ready to claim your winning money?

12:1'

> Enter message

**Prize**
+16093650791

**Note Board:**
**1. All funds will be returned to the MINISTRY OF ECONOMY PROPERTY as unclaimed fund**

12:39 PM

**2. Your Ref number must be in all your mails. BE6006/198428**

**3. Do inform the claims officer of any change of names or addresses**

Enter message

11:16 · · · 43%

< **Prize**
+16093650791

BE6006/198428

3. Do inform the claims officer of any change of names or addresses.

4. Make sure you did not tell anybody about your win money for security purpose so that we will not have problem on our way coming to deliver your money to you.

12:40

> Enter message

11:18

< **Prize**
+16093650791

Saturday, August 28, 2021



We are still working on it the 500 is paid but i am having a problem with bitcoin.  I have a android and Ms Bexter is doing her very best. I dont know which icon to click on the left.

10:15 AM

P

# SEND A SCREEN-SHOT OF WHAT YOU SEE ON YOUR PHONE

10:21 AM

> Enter message

11:19

**Prize**
+16093650791

They need a verification letter 1 866 303 7789

3:23 PM

**P** I'm working on it right now

3:37 PM

Ok

Thank you...

3:37 PM

**P** You should have hold on for me to finish this job before contacting bank

3:37 PM

Enter message

11:19

< **Prize**
+16093650791

Someone called Tiege just contact me and the cashier right now and he was really mad at us that the check was bounce back

4:14 PM

Since from the day the check was sent to you and you always do as if you know this job and started calling bank even when the cashier has not ask

> Enter message

11:20

## Prize
+16093650791

**P** Since from the day the check was sent to you and you always do as if you know this job and started calling bank even when the cashier has not ask you to do so

4:15 PM

Lets wait until Tuesday.....

4:15 PM

**P** Miss. Jones, nothing happens to the

Enter message

11:20 42%

< **Prize**
+16093650791

📞 🔍 ⋮

bank even when the cashier has not ask you to do so

4:15 PM

Lets wait until Tuesday.....

4:15 PM

Miss. Jones, nothing happens to the check yet but I'm thinking maybe we should just send your prize by cash so that we can stop all this once and for all

4:1

> Enter message

11:21

**Prize**
+16093650791

P

No how can you be telling us to let wait till Tuesday when you have been broadcasting it that the check bounce back who and who ask you to make any call to do all this?

4:16 PM

My payroll was caught up in the hold they released it by the adjustment.  Lets wait until Tuesday.  Please wait til Tuesday

Enter message

 

     

11:21

< **Prize**
  +16093650791

call to do all this?

4:16 PM

My payroll was caught up in the hold they released it by the adjustment. Lets wait until Tuesday. Please wait til Tuesday. THANKS. WAIT UNTIL TUESDAY!!!!

4:16 PM

I only talk to TIEGE thats all. Lets wait until Tuesday. Praying is all I will do.

4:17 PM

> Enter message

11:21   42%

‹   **Prize**
    +16093650791                    📞   🔍   ⋮

Monday, September 6, 2021

> Well I have contact Mark Zuckerberg regarding this via email.....I am just waiting for <u>tomorrow</u> to see if the check clears....

1:16 PM

Tuesday, September 7, 2021

> Good morning as the bank said and it is true this morning there is no deposit of $32,500 the check bounced

›   Enter message                       

               

11:22  

< **Prize**
+16093650791

📞 🔍 ⋮

Wednesday, September 29, 2021

Kevin I have advised for your team to not send any money to me or Tiege regarding the 900.00 all together.  I am taking this to court.  Mark Zuckerberg is aware.

Thank you.

10:49 AM

Ⓟ Are you with me?

10:59 AM

Ⓟ I will contact head office on your behalf

> Enter message

     

11:22



42%

< **Me**
4:52 PM, Sep 29

⋮

Kevin let me give you a history of events. Tiege and I sent 600.00 and recieved a bad check of <u>32500.00</u> we kept in contact with the bank and with you and your staff and nothing was resolved. We never got the 100,000.00 now Tiege sends another 300.00 and you are requesting another 100.00 when in fact Tiege sent only 500.00 and recieved 100,000.00 without a problem....We together have sent 900.00 and have not recieved one dime...thats not fair to me or to him. We are both homeowners and have obligations to keep up we can not keep sending money with uncertainty.

Copy text                    Share

11:23       42%

< **Prize**
+16093650791
📞  🔍  ⋮

Thats not the point. The point I am making is we sent 600.00 and recieved a bad check....noone cleared that up so why would you not resend the cash off of the 600.00 sent....

Please do not send us any money....

I will handle it in court....

11:09 PM

Thursday, September 30, 2021

 Go to court and handle ⌄

                      

< **Prize**
+16093650791

Thursday, September 30, 2021

Go to court and handle whatever you want the last order from the head office is that Tiege money will be refund back to him <u>tomorrow</u> morning since you are not ready to listen

The cashier said she has been asking you to send your information so that she can refund back your $200

10:4? ...



# Prize 2



+1 202-852-3458





Mobile
## +1 202-852-3458



## History

for a security reason
for you to feel safe
and comfortable.

12:53 PM

 Let me know if you got
my photo I'd?



MMS 12:54 PM

I am doing fine...i did not recognize you...

12:51 PM

**P** My name is Parmer Kathleen. texting you from the shipping department.

12:52 PM

12:52 PM Yes...

**P** We got all your necessary infor- mation to deliver your prize to you at your home door step from the online


Wednesday, August 25, 2021

**P** Hi
12:41 PM

**P** Miss. Jones, how are you doing?
12:42 PM

**P** My name is Parmer Kathleen. texting you from the shipping department.

Miss. Jones, are you there?
12:47 PM

**P** Hello
12:49 PM

12:50 PM 



We got all your necessary information to deliver your prize to you at your home door step from the online claiming agent. {Mr. Edward's}

12:52 PM

Yes...when should I expect the package

12:53 PM



Here is my photo I'd for a security reason for you to feel safe and comfortable.

12:5

198428....so its
BE6006/198428

1:01 PM

**P** That's correct

Kindly be patient

I will write you back
in short

1:02 PM

**P** CONGRATULATION!!!
YOUR MONEY IS
READY

1:06 PM

When will it be at my
front door.

1:07 PM

**P** Finally, You have to



AUG 25 AT 1:11 PM

She sent a pic... how much did you have to pay

 She send you her Id right

Yes

 I got the same as well

I only paid 500 for taxes and I got the prize deliver to me next day

 That's a problem I don't have $500

Ask her how to pay after payment she will send your tracking number to your email

 Tiege replied to you

That's a problem I don't have $500

Oh





Ask her how to pay after payment she will send your tracking number to your email



Fiege replied to you

That's a problem I don't have $500

Oh

Be sincere like how much do you have with you right now?

Nothing....I was affected by covid....not alot of overtime.

Oh

If you can get 200 I promise to help you with 300 and you have to promise me that you will pay me back once you get the prize deliver to you



🖤



I am waiting for a response from the head person....

10:58 

  **Tiege**

Oh

If you can get 200 I promise to help you with 300 and you have to promise me that you will pay me back once you get the prize deliver to you

🖤

I am waiting for a response from the head person....

I am really cutting close to my finances....its crucial.

Are you saying you don't have 200?

I got a new house already

I'm trying to set up everything

This is just a big opportunity don't let it pass you

Remember good things don't come in a easy way  ↓

10:58   N    45%

←  **Tiege**   📞 📹 ⓘ

> I don't have anything at all

Seen

> I was supposed to win a lawsuit and my lawyer abandoned me so I didn't get that done yet and have to file charges on him and then I have another lawsuit that supposed to come through but it seems to be a lot of arguing around that

Just tell the agent to give you little time that you will get the money

> If you help me with all of it I'll be able to give it right back as soon as the check comes and believe me you'll get all of it back just like I wouldn't have it if you wouldn't have said nothing

Just tell them to give you a little time for now

↓

Don't rush

    Aa    

10:59

 **Tiege**

  

AUG 25 AT 3:29 PM

> They asked me if I want cash or check
>  I said check.  I will pay the 500.00 but it has to be after the fact.

> If you help me I will give it right back.  Thats s promise because I made an oral agreement I can be sued in camden courts..

AUG 25 AT 5:53 PM

I just got 400 now

Am really trying to help you pay it all spend most of the money on project already

 I have 400 now do try and come up with 100 am going to trust you that you are going to pay me back once you get the prize

AUG 25 ↓ :26 PM

      

11:00   45%

←  **Tiege**  📞  🎥  ⓘ

Wow

It is nice meeting you

I just text them on your behalf that am sending $400 on your name that you are going to send the remaining $100

I can't wait to meet you in person after you get your prize deliver to you

I'm single as well but that is a long talk maybe when we meet in person

Ask them how to send the money I'm driving now so that I can help you send the 400 on your name

AUG 27 AT 2:52 PM

⊗ **You missed a call from Tiege.**
Aug 27 at 2:52 PM

CAL ↓ CK


   🎤 Aa  



# Prize

1 609-365-0791

Mobile
# 1 609-365-0791

## History

11:15

# Prize
+16093650791

Wednesday, August 25, 2021

Good morning I am ready to recieve my prize.

12:08 PM

My name is Kevin Edwards, I am online claim agent and work for The National World Help Empowerment Program Company.

In collaboration with the governing body of FACEBOOK, selecting billions

Enter message

11:15

## Prize
+16093650791

In collaboration with the  governing body of FACEBOOK, selecting billions of people that uses Facebook. We remember your Facebook name account on our list here and We select Twenty(20) people every Month as our winners through electronic balloting System without the

Enter message

**‹  Prize**
+16093650791

System without the winners  applying.

12:14 PM

By The Facebook Owner (Mr. Mark Zuckerberg) the CEO of Face book Founder &Chief Executive Officer, and your profile has won you the sum of $100,000,00. So are you ready to claim your winning money?

12:1'

Enter message

11:16

**Prize**
+16093650791

(P) Note Board:
1. All funds will
be returned to the
MINISTRY OF ECON-
OMY PROPERTY as
unclaimed fund

12:39 PM

(P) 2. Your Ref
number must be
in all your mails.
BE6006/198428

3. Do inform the
claims officer of any
change of names or
addresses

> Enter message

11:16 📷 🔄 🔄 📷 📷 🔗 📶 ☁ ⚙ ▦ 📶 📷 ⋯ 🔋 📶 43% 🔋

< **Prize**
  +16093650791                               📞  🔍  ⋮

BE<u>6006/198428</u>

3. Do inform the claims officer of any change of names or addresses.

4. Make sure you did not tell anybody about your win money for security purpose so that we will not have problem on our way coming to deliver your money to you.

12:40 ⌄

> Enter message                              😊  ·ı│ı·

     

11:18  ∞ Ⓝ ⬮ ⓘ ⦂ Ⓝ f ⋯  42% ◾



### ‹ Prize
+16093650791   📞 🔍 ⋮

Saturday, August 28, 2021

> We are still working on it the 500 is paid but i am having a problem with bitcoin.  I have a android and Ms Bexter is doing her very best. I dont know which icon to click on the left.

10:15 AM

**P** SEND A SCREEN-SHOT OF WHAT YOU SEE ON YOUR PHONE

⌄
10:21 AM

> Enter message      

 |         ⚙  

11:19 

< **Prize**
+16093650791

📞 🔍 ⋮

They need a verifica-
tion letter 1 866 303
7789

3:23 PM

**P** I'm working on it
right now

3:37 PM

Ok

Thank you...

3:37 PM

**P** You should have
hold on for me to
finish this job before
contacting bank

3:37 PM

\>  Enter message  

     

11:19

**Prize**
+16093650791

Someone called Tiege just contact me and the cashier right now and he was really mad at us that the check was bounce back

4:14 PM

Since from the day the check was sent to you and you always do as if you know this job and started calling bank even when the cashier has not ask

Enter message

11:20

< **Prize**
+16093650791

P **Since from the day the check was sent to you and you always do as if you know this job and started calling bank even when the cashier has not ask you to do so**

4:15 PM

Lets wait until Tuesday.....

4:15 PM

P **Miss. Jones, nothing happens to the**

> Enter message

11:20

## Prize
+16093650791

bank even when the cashier has not ask you to do so

4:15 PM

Lets wait until Tuesday.....

4:15 PM

Miss. Jones, nothing happens to the check yet but I'm thinking maybe we should just send your prize by cash so that we can stop all this once and for all

4:1

Enter message

11:21

**Prize**
+16093650791

No how can you be telling us to let wait till Tuesday when you have been broadcasting it that the check bounce back who and who ask you to make any call to do all this?

4:16 PM

My payroll was caught up in the hold they released it by the adjustment.  Lets wait until Tuesday.  Please wait til Tuesday

> Enter message

11:21 42%

‹ **Prize**
+16093650791

📞 🔍 ⋮

call to do all this?

4:16 PM

My payroll was caught up in the hold they released it by the adjustment.  Lets wait until Tuesday.  Please wait til Tuesday. THANKS. WAIT UNTIL TUESDAY!!!!

4:16 PM

I only talk to TIEGE thats all.  Lets wait until Tuesday.  Praying is all I will do.

4:17 PM

⌄

› **Enter message**

11:21    42%

< **Prize**
+16093650791                📞  🔍  ⋮

Monday, September 6, 2021

Well I have contact
Mark Zuckerberg
regarding this via
email.....I am just
waiting for tomorrow
to see if the check
clears....

1:16 PM

Tuesday, September 7, 2021

Good morning as the
bank said and it is true
this morning there is
no deposit of $32,500
the check bounced

>  Enter message

     

11:22

### ‹ Prize
+16093650791

📞  🔍  ⋮

Wednesday, September 29, 2021

Kevin I have advised for your team to not send any money to me or Tiege regarding the 900.00 all together.  I am taking this to court.  Mark Zuckerberg is aware.

Thank you.

10:49 AM

**P** Are you with me?

10:59 AM

**P** I will contact head office on your behalf

› Enter message



**Me**

4:52 PM, Sep 29

Kevin let me give you a history of events.  Tiege and I sent 600.00 and recieved a bad check of <u>32500.00</u> we kept in contact with the bank and with you and your staff and nothing was resolved.  We never got the 100,000.00 now Tiege sends another 300.00 and you are requesting another 100.00 when in fact Tiege sent only 500.00 and recieved 100,000.00 without a problem....We together have sent 900.00 and have not recieved one dime...thats not fair to me or to him.  We are both homeowners and have obligations to keep up we can not keep sending money with uncertainty.



Copy text                                    Share

11:23   42%

< **Prize**
+16093650791

📞 🔍 ⋮

Thats not the point.
The point I am making
is we sent 600.00
and recieved a bad
check....noone cleared
that up so why would
you not resend the
cash off of the 600.00
sent....

Please do not send us
any money....

I will handle it in
court....

11:09 PM

Thursday, September 30, 2021



P  Go to court and handle ⌄

     

11:23 42%

< **Prize**
+16093650791

Thursday, September 30, 2021

**P** Go to court and handle whatever you want the last order from the head office is that Tiege money will be refund back to him <u>tomorrow</u> morning since you are not ready to listen

The cashier said she has been asking you to send your information so that she can refund back your $200

10:4␣

Bryan Jones
21 Memphis Court
Sicklerville NJ 08081

RECEIVED
FEB 18 2022

Honorable Magistrate Ann Marie Jones
U.S. District Judge
Mitchell H. Cohen Building and U.S. Court
House and Cohen Building)
Courtroom 4D
Camden NJ 08101

X-RAYE


7021 0350 0001 3744 1473
CERTIFIED MAIL

7021 0350 0001 3744 1473









U.S. POS
WICKLIFF
FEB 14,
AMOUNT
R2305M1