3.9.22

Bettyann Jones, Pro Se
21 Memphis Court
Sicklerville, NJ 08081
856 408 9324

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden NJ 08101

Re: Case No: 1:21-CV-20163
Case Name: Jones vs Zuckerberg and Edwards

Dear Sirs and Madam:

Enclosed is a conversation I had with Mark Zuckerberg. I sent the information to his attorney and I recieved a reply. I then responded to his reply.

I have a restraining on the municipal level against my legal ex husband named Thomas Edward Williams for stalking with communication.

The Judge ordered if I have any more problems it will be brought back to court.

This proves that people communicate on the inner and I have the ability to play back what was said.

I explained Tiege Brooks is a real person and on my job he is well known by a few coworkers, therefore inside one of my packets I believe Tiege recieved the $100,000.00 prize and wanted me to have the same chance.

I will not communicate with his lawyer any more but I thought communicating would stop a long drawn out unneccessary process.

I await a court date in the mail.

Yours Truly,

Bettyann Jones, Pro Se

7:45    72%

MARK@PINCUS-LAW.com and 1 recipient    Details

Mark,

Zuckerberg said he will settle for 50 million dollars. I heard it yesterday and this morning.

I will accept it.

I need the $100,000.00 prize with the certificate; it means the world to me.

The filing fee $250.00 refunded.

Tiege Brooks to receive his 700.00 as requested and 1 million dollars from my winnings.

I need the $100,000.00 in ten days. The $50 million less Tiege Brooks award can be paid in 30 days. Please send certified check.

5:34

### RE: Jones vs Zuckerberg and Edwards

March 9, 2022  1:37 PM



Mark Pincus    to 2 recipients                                    Details

Show images

Dear Ms. Jones,

      Please note that I represent Mark Zuckerberg and he has not made any offers to settle your matter. As I stated in our motion to dismiss, it unfortunately appears that you have been targeted by scam artists pretending to be affiliated with Facebook. If someone impersonating Mark Zuckerberg is making offers to settle this case or otherwise offering you money, please email me copies of these communications to share with my client.

      Thank you.

Best,

Mark

| Gard ner | **MARK S. PINCUS**<br>Partner |
|---|---|

Reply   Reply all   Forward   Delete   More

March 9, 2022  5:34 PM

**Mark Pincus**  Details

Show images

We communicate on the inner as well as the outer. In the court of law they hold this communication type to be valid.

In Winslow township my ex husband was given a restraining order. I normally play back these conversations to all officials involved.

Again, I know my claim is not a scam because Tiege Brooks received his check and presented it to me via snap shot. If it were fake he can be criminally charged. Please take heed.

I will snap shot this conversation to court officials.

Lastly, Tiege Brooks is well known in my place of work. He is a real person.

I would not lie on anyone it is against the law.

I will make send the courts a copy of this message.

Yours Truly,

Bettyann Jones
Pro Se

Brittyann Jones
21 Memorial Court
Sicklerville NJ 08081

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden NJ 08101

FILED
AT 8:30 ___M
MAR 14 2022
WILLIAM T. WALSH
CLERK