March 6, 2022

Bettyann Jones, Pro Se
21 Memphis Court
Sicklerville, NJ 08081
856 408 9324

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden, NJ 08101

Mark Pincus
Pincus Law LLC
444 Madison Avenue
New York, NY 10022

Re:  Case No: 1: 21-CV-20163
       Case Name: Jones vs Zuckerberg and Edwards

Dear Sirs and Madam:

I am writing in regards to the above case.

I and Tiege Brooks would like to appear in court however if not then by the preponderance of the evidence given, we hope you will grant my request of the $100,000.00 and the refund of my filing fee of $250.00 for a total of $100,250.00; from this amount I ask for Tiege Brooks to receive the $700.00 he allowed me to borrow to receive the same prize he has.

While being quiet I heard I could win $3,000,000.00 because of the behavior exhibited by the staff regarding the Face book drawing; if so I would like to be granted the 3 million dollars and from that Tiege Brooks to be awarded 10% for a total of $300,000.00

Again, Tiege Brooks received his award and I want what he and I paid for.

I would like to receive the remaining $99,550.00 ten days later and the remaining $2,700,000.00 in ninety days. I request Tiege Brooks submit his legal address or wherever he wants his check to be delivered to the courts in a timely manner.

The above statement is true to the best of my knowledge and I understand the penalties of perjury.

March 7, 2022

Bettyann Jones, Pro Se
21 Memphis Court
Sicklerville, NJ 08081
856 408 9324

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden, NJ 08101

Mark Pincus
Pincus Law LLC
444 Madison Avenue
New York, NY 10022

Re: Addendum to Case No: 1:21-CV-20163 and
    Case Name: Jones vs. Zuckerberg and Edwards

Dear Sirs and Madam:

I am writing in regards to my claim to the case listed above.

I heard today that I could have received 10 million dollars for the case however, I am still holding to the 3 million and what I requested to be sent out; in the meantime, I heard because of the attitude Mr. Edwards displayed in the packet of snap shot conversations I can get 30 million dollars from him; if this being so I would like to be granted the 30 million dispersed in the following manner: 10 million dollars in 90 days with the $2,700,000.00 and every year 10 million dollars until the debt is paid.

The above statement is true to the best of my knowledge and I understand the penalties of perjury.

*Bettyann Jones*
Bettyann Jones
Pro Se

Bettyann Jones
21 Memorial Court
Sicklerville NJ 08081

SOUTH JERSEY NJ 080
SOUTH JERSEY NJ 080
8 MAR 2022 PM 4 L
8 MAR 2022 PM 6 L

RECEIVED
MAR 14 2022
WILLIAM T. WALSH, CLERK

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden, NJ 08101