February 11, 2022

Bettyann Jones
21 Memphis Court
Sicklerville, NJ 08081

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden, NJ 08101

Re: Jones v Zuckerberg and Edwards

Dear Sirs and Madam:

I am submitting more conversations I have had with Kevin Edwards, Tiege Brooks, and Facebook drawing staff.

As you read the information you will find that the same people who awarded Tiege Brooks his prize and had it delivered within 24 hours are the same people who awarded me and never compensated me after Tiege and I paid $600.00 for the money to be sent check and then Tiege sent another $300.00 to the same people to try to get the money delivered cash as his was received.

Tiege asked me to pay him his money back once the prize was delivered and we are both awaiting for the prize to be now awarded by the courts so he can be compensated.

In closing, we are requesting to be granted the prize of $100,000.00 and the $250.00 fee as well as anything else we can be awarded for them not honoring the contract.

Yours truly,

*Bettyann Jones*

Bettyann Jones
Pro Se

March 6, 2022

Bettyann Jones, Pro Se
21 Memphis Court
Sicklerville, NJ 08081
856 408 9324

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden, NJ 08101

Mark Pincus
Pincus Law LLC
444 Madison Avenue
New York, NY 10022

Re: Case No: 1: 21-CV-20163
    Case Name: Jones vs Zuckerberg and Edwards

Dear Sirs and Madam:

I am writing in regards to the above case.

I and Tiege Brooks would like to appear in court however if not then by the preponderance of the evidence given, we hope you will grant my request of the $100,000.00 and the refund of my filing fee of $250.00 for a total of $100,250.00; from this amount I ask for Tiege Brooks to receive the $700.00 he allowed me to borrow to receive the same prize he has.

While being quiet I heard I could win $3,000,000.00 because of the behavior exhibited by the staff regarding the Face book drawing; if so I would like to be granted the 3 million dollars and from that Tiege Brooks to be awarded 10% for a total of $300,000.00

Again, Tiege Brooks received his award and I want what he and I paid for.

I would like to receive the remaining $99,550.00 ten days later and the remaining $2,700,000.00 in ninety days. I request Tiege Brooks submit his legal address or wherever he wants his check to be delivered to the courts in a timely manner.

The above statement is true to the best of my knowledge and I understand the penalties of perjury.

Bettyann Jones
Pro Se

March 7, 2022

Bettyann Jones, Pro Se
21 Memphis Court
Sicklerville, NJ 08081
856 408 9324

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden, NJ 08101

Mark Pincus
Pincus Law LLC
444 Madison Avenue
New York, NY 10022

Re: Addendum to Case No: 1:21-CV-20163 and
    Case Name:  Jones vs. Zuckerberg and Edwards

Dear Sirs and Madam:

I am writing in regards to my claim to the case listed above.

I heard today that I could have received 10 million dollars for the case however, I am still holding to the 3 million and what I requested to be sent out; in the meantime, I heard because of the attitude Mr. Edwards displayed in the packet of snap shot conversations I can get 30 million dollars from him; if this being so I would like to be granted the 30 million dispersed in the following manner: 10 million dollars in 90 days with the $2,700,000.00 and every year 10 million dollars until the debt is paid.

The above statement is true to the best of my knowledge and I understand the penalties of perjury.

*[signature]*
Bettyann Jones
Pro Se

3.9.22

Bettyann Jones, Pro Se
21 Memphis Court
Sicklerville, NJ 08081
856 408 9324

Honorable Magistrate Ann Marie Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden NJ 08101

Re: Case No: 1:21-CV-20163
Case Name: Jones vs Zuckerberg and Edwards

Dear Sirs and Madam:

Enclosed is a conversation I had with Mark Zuckerberg. I sent the information to his attorney and I recieved a reply. I then responded to his reply.

I have a restraining on the municipal level against my legal ex husband named Thomas Edward Williams for stalking with communication.

The Judge ordered if I have any more problems it will be brought back to court.

This proves that people communicate on the "inner" and I have the ability to play back what was said.

I explained Tiege Brooks is a real person and on my job he is well known by a few coworkers, therefore inside one of my packets I believe Tiege received the $100,000.00 prize and wanted me to have the same chance.

I will not communicate with his lawyer any more but I thought communicating would stop a long drawn out unnecessary process.

I await a court date in the mail.

Yours truly,

Bettyann Jones, Pro Se



7:45

MARK@PINCUS-LAW.com    and 1 recipient    Details

Mark,

Zuckerberg said he will settle for 50 million dollars. I heard it yesterday and this morning.

I will accept it.

I need the $100,000.00 prize with the certificate; it means the world to me.

The filing fee $250.00 refunded.

Tiege Brooks to receive his 700.00 as requested and 1 million dollars from my winnings.

I need the $100,000.00 in ten days. The $50 million less Tiege Brooks award can be paid in 30 days. Please send certified check.



5:34    43%

# ↵ RE: Jones vs Zuckerberg and Edwards

March 9, 2022  1:37 PM

**Mark Pincus**  to 2 recipients     Details

Show images

Dear Ms. Jones,

     Please note that I represent Mark Zuckerberg and he has not made any offers to settle your matter. As I stated in our motion to dismiss, it unfortunately appears that you have been targeted by scam artists pretending to be affiliated with Facebook. If someone impersonating Mark Zuckerberg is making offers to settle this case or otherwise offering you money, please email me copies of these communications to share with my client.

     Thank you.

Best,

Mark

| Gardner | **MARK S. PINCUS** |
| | *Partner* |

| ↵ | ↞ | → | 🗑 | ⋮ |
| Reply | Reply all | Forward | Delete | More |

March 9, 2022  5:34 PM

Mark Pincus                                                              Details

Show images

We communicate on the inner as well as the outer. In the court of law they hold this communication type to be valid.

In Winslow township my ex husband was given a restraining order. I normally play back these conversations to all officials involved.

Again, I know my claim is not a scam because Tiege Brooks received his check and presented it to me via snap shot. If it were fake he can be criminally charged. Please take heed.

I will snap shot this conversation to court officials.

Lastly, Tiege Brooks is well known in my place of work. He is a real person.

I would not lie on anyone it is against the law.

I will make send the courts a copy of this message.

Yours Truly,

Bettyann Jones
Pro Se

$100

The gift card for everything Apple





Bryann Jones
2) Marople Court
Sicklerville, NJ 08081

Honorable Magistrate Ann Marie Donio
US District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden NJ 08101

7020 1290 0001 5067 6477



U.S. POSTAGE PAID
FCM LG ENV
SICKLERVILLE, NJ
08081
MAR 16, 22
AMOUNT
$5.31
R2303S101499-02