5.4.22

Bettyann Jones, Pro Se
21 Memphis Court
Sicklerville NJ 08081
856 408 9324

Honorable Magistrate Ann Donio
U.S. District Judge
Mitchell H. Cohen Building and
U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden, NJ 08101

Re: Case No. 1:21-CV-20163
Jones vs Zuckerberg and Edwards.

Dear Honorable Magistrate Donio
I wanted to know if I could have money from the case listed above. I was told by a real estate agent it is called an Atty letter.
I need it for household repairs such as a roof, plumbing,

and flooring as well as for the purpose of paying for my college education this fall at Rowan University.

I also would like to purchase a central air unit from TJ Eckhardt.

I would like $100,000.00 keeping in mind I do not know how much I am allowed.

Please contact me at your earliest convenience.

Sincerely,
Bettyann Jones
Pro Se

Bettyann Jones
21 Memphis Court
Sicklerville NJ 08081

CERTIFIED MAIL

7022 0410 0000 7937 7311

U.S. POSTAGE PAID
FCM LETTER
WEST BERLIN, NJ
08091
MAY 05, 22
AMOUNT
$4.33
R2305M146007-1

08101

Honorable Magistrate Ann Donio
U.S. District Judge
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets
Courtroom 4D
Camden NJ 08101

RECEIVED
MAY - 9 2022
AT 8:30 ____ M
WILLIAM T. WALSH
CLERK